IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 14-00213-CG-N |
| | ) | |
| SISAVANG PHOTHISAT, | ) | |
| BOP Reg. #14060-003, | ) | |
| Defendant. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations of the Magistrate Judge (Doc. 88) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Criminal Procedure 59(b), and S.D. Ala. GenLR 72(a), and dated January 8, 2019, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the "Motion for Declatory [sic] Relief pursuant to 28 USC 2201 & 2202 and Statutory Eligibility for a IHP Under 8 USC 1228(a)(3)(A) or in the Alternet [sic] Formation of a Remedy under 2202 a Sentence Reduction Akin to Smith v. USA, 27 F.3d.649 (DC 1994)" (Doc. 85) filed by Defendant Sisavang Phothisat is **DENIED**.

The Court further adopts the Magistrate Judge's recommendation that any appeal from this Order would be without merit and therefore not taken in good faith, and any entitlement to appeal *in forma pauperis* is **DENIED.**

**DONE** and **ORDERED** this the 1st day of February, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE